# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2412
L.T. Case No: 2024-12689-CIDL

_____

TERA B. LAU,

    Petitioner,

    v.

WILLIAM REDNOUR, DR. CARMEN
J. BALGOBIN, GILBERT L. EVANS,
JR., J.D., PH.D., AND VOLUSIA
COUNTY SCHOOL BOARD,

    Respondent.

_____

Petition for Writ of Mandamus.
Randell H. Rowe, III.

Tera B. Lau, Deltona, pro se.

No Appearance for Respondents.

September 24, 2025

PER CURIAM.

    DISMISSED.

ROBERTS, M.K. THOMAS, AND TREADWELL, JJ., Associate Judges
concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____